## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>LUAY DANIEL MAMOU (1),<br>MICHAEL AMIR BACHOUA (3),<br>ELTON RAY LAWRENCE (4),<br>AUSTIN WHEELER BROWN (8),<br>RONALD WADE ALREAD, SR. (10),<br>ERIK ROBERT VISTA (12),<br><br>         Defendants. | Case No.: 19CR4749-JLS<br><br>**ORDER CONTINUING STATUS HEARING** |

  Pursuant to joint motion, IT IS HEREBY ORDERED that the Status Hearing presently scheduled for October 16, 2020 shall be continued to **December 4, 2020** at **2:00 p.m.** Defendants released on bond shall file an acknowledgment of the new hearing date by October 16, 2020.

  For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

  IT IS SO ORDERED.

Dated: October 14, 2020

                   *Janis L. Sammartino*
                   Hon. Janis L. Sammartino
                   United States District Judge