# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUAY DANIEL MAMOU (1),<br><br>Defendant. | Case No.: 19cr4749-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Having considered the parties' joint motion to continue the motion hearing and trial setting hearing scheduled for April 23, 2021 at 2:00 p.m., and for good cause shown, it is hereby ordered that the hearing shall be continued until **June 11, 2021 at 1:30 p.m.** Further, the Court finds that, for the reasons detailed in the parties' motion related to effectuating a Rule 20 transfer/plea as part of the resolution of this matter, consistent with 18 U.S.C. Sections 3161(h)(1)(E) and (h)(7)(A) because the ends of justice served by continuing this matter outweigh the bests interest of the public and the defendant in a speedy trial, the time under the Speedy Trial Act until June 11, 2021 shall be excluded.

IT IS SO ORDERED.

Dated: April 21, 2021

Hon. Janis L. Sammartino
United States District Judge