# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  19-CR-04749-JLS |
| Plaintiff, | ) |
| | ) Order Granting Joint Motion to Continue |
| v. | ) Status Hearing |
| | ) |
| LUAY DANIEL MAMOU (1), | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Status Hearing in this matter shall be continued from June 11, 2011 to July 30, 2021 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  June 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1