# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LUAY DANIEL MAMOU (1),<br><br>        Defendant. | Case No.: 19cr4749-JLS<br><br>**ORDER** |

Having considered the parties' joint motion to continue the status hearing scheduled for July 30, 2021 at 1:30 p.m., and for good cause shown, it is hereby ordered that the hearing shall be continued until **September 17, 2021 at 1:30 p.m.**  Further, the Court finds that, for the reasons detailed in the parties' motion related to effectuating a Rule 20 transfer/plea as part of the resolution of this matter, consistent with 18 U.S.C. Sections 3161(h)(1)(E) and (h)(7)(A) because the ends of justice served by continuing this matter outweigh the bests interest of the public and the defendant in a speedy trial, the time under the Speedy Trial Act until September 17, 2021 shall be excluded.

IT IS SO ORDERED.

Dated: July 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge